UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD THOMAS, 18005359,

                      Plaintiff,

      -against-

NASSAU COUNTY CORRECTIONAL CENTER,
ET AL.,

                      Defendants.
------------------------------------------------------------X

For Online Publication Only

**ORDER**
21-CV-1594 (JMA) (ST)

FILED
CLERK
4/14/2021 11:55 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

      Before the Court is the incomplete in forma pauperis application filed by incarcerated pro se plaintiff Richard Thomas ("Plaintiff") (ECF No. 6.) Plaintiff has not answered any of the questions on the second page of the application. Given the absence of any information concerning Plaintiff's finances, it is impossible for the Court to assess whether he qualifies for a filing fee waiver. Accordingly, the application to proceed in forma pauperis is denied without prejudice and with leave to renew. Plaintiff shall complete the enclosed in forma pauperis application within twenty-one (21) days from the date of this Order in order to proceed with this case. Alternatively, Plaintiff may remit the $402.00 filing fee. Plaintiff is warned that a failure to timely comply with this Order may lead to the dismissal of the complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**SO ORDERED**.

Dated:    April 14, 2021
             Central Islip, New York

/s/ (JMA)
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE